STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL COURT

BOB CRABTREE AND ANNETTE CRABTREE
    PLAINTIFFS,

V.                                            CASE NO.  D-202-CV-2018-02234

WELLS FARGO BANK, N.A., AS TRUSTEE FOR
THE POOLING AND SERVICING AGREEMENT
DATED AS OF OCTOBER 1, 2004, MERRILL LYNCH
MORTGAGE INVESTORS TRUST MORTGAGE LOAN
ASSET-BACKED CERTIFICATES, SERIES 2004-WMC5;
ALTISOURCE A/K/A ALTISOURCE SINGLE FAMILY, INC.,
PROPERTY PRESERVATION SERVICING, LLC,
JOHN DOE I, JOHN DOE II, JOHN DOE III, AND JOHN DOE IV,
    DEFENDANTS.

## COURT-ANNEXED ARBITRATION CERTIFICATION

Plaintiffs, Bob Crabtree and Annette Crabtree, by and through their attorney, Louis Puccini, Jr., of Robert D. Gorman, P.A., pursuant to Second Judicial District Local Rules, Rule LR2-603, certifies as follows:

[ ]    This party seeks only a money judgment and the amount sought does not exceed twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs and attorney fees.

[X]    This party seeks relief other than a money judgment and/or seeks relief in excess of twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs and attorney fees.

                                                **ROBERT D. GORMAN, P.A.**

                                       By: *Electronically /s/ Louis Puccini, Jr.*
                                       Louis Puccini, Jr.
                                       *Attorney for Bob and Annette Crabtree*
                                       P.O. Box 25164
                                       Albuquerque, NM 87125-0164
                                       (505) 243-5442
                                       louis@rdgormanlaw.com

Exhibit B