STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL COURT

BOB CRABTREE AND ANNETTE CRABTREE
    PLAINTIFFS,

V.                                                      CASE NO. D-202-CV-2018-02234

WELLS FARGO BANK, N.A., AS TRUSTEE FOR
THE POOLING AND SERVICING AGREEMENT
DATED AS OF OCTOBER 1, 2004, MERRILL LYNCH
MORTGAGE INVESTORS TRUST MORTGAGE LOAN
ASSET-BACKED CERTIFICATES, SERIES 2004-WMC5;
ALTISOURCE A/K/A ALTISOURCE SINGLE FAMILY, INC.,
PROPERTY PRESERVATION SERVICING, LLC,
JOHN DOE I, JOHN DOE II, JOHN DOE III, AND JOHN DOE IV,
    DEFENDANTS.

## DEMAND FOR TRIAL BY JURY

COME NOW Plaintiffs by and through his attorney of record, Robert D. Gorman, P.A., (Louis Puccini, Jr.), and pursuant to Rule 1-038, NMRA, hereby demands a trial by a jury of six (6) persons of all claims and defenses raised by the Complaint which are properly triable before a jury.

                                            Respectfully submitted,

                                            **ROBERT D. GORMAN, P.A.**

                                            By: /s/ Louis Puccini, Jr.
                                            Louis Puccini, Jr.
                                            P.O. Box 25164
                                            Albuquerque, New Mexico 87125-0164
                                            T. 505.243.5442 / 505.247.1539
                                            E. louis@rdgormanlaw.com

Exhibit C

I HEREBY CERTIFY that a true and correct copy of this Jury Demand was sent via First Class U.S. Mail to the following:

Wells Fargo Bank, N.A.
Attn: David Hockmuth, President
200 Lomas Blvd NW
Albuquerque, NM 87102

Altisource Single Family, Inc.
Registered Agent: C T Corporation System
206 S. Coronado Avenue
Espanola, NM 87532-2792

Property Preservation Services, LLC
Attn: Aaron Trevethan, Founder and CEO
30011 Ivy Glenn Drive, Suite 224
Laguna Niguel, CA 92677